■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALIK YUSUF, Also Known as YUSUF ASHFORD, Appellant. [972 NYS2d 522]—Appeal from judgment of resentence, Supreme Court, New York County (Daniel P. Conviser, J.), rendered July 24, 2012, resentencing defendant as a second felony drug offender, to an aggregate term of 3¹/₂ years, unanimously dismissed as moot.

Since defendant has completed his entire sentence, including postrelease supervision, his claim of improper resentencing is moot (*see People v Hults*, 231 AD2d 836 [3d Dept 1996]), and we do not find that the exception to the mootness doctrine applies. In any event, defendant's claim is unavailing. Concur—Tom, J.P., Sweeny, Saxe, Freedman and Clark, JJ.

■ In the Matter of VERONICA P., Respondent, v RADCLIFF A., Appellant. [972 NYS2d 522]—Appeal from order, Family Court, New York County (Ivy I. Cook, Ref.), entered on or about February 4, 2011, which after a hearing, determined that respondent had committed acts that constituted harassment in the second degree (Penal Law § 240.26), and granted petitioner a two-year order of protection directing appellant to, inter alia, stay away from her home, unanimously dismissed, without costs, as moot.

Because the order of protection has expired, this appeal is moot (*see Matter of Diallo v Diallo*, 68 AD3d 411 [1st Dept 2009], *lv dismissed* 14 NY3d 854 [2010]). Concur—Tom, J.P., Sweeny, Saxe, Freedman and Clark, JJ.